UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN HUBBART,

Plaintiff,

-against-

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 9944(SDA)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated August 14, 2026, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
August 17, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**